1  Cynthia L. Alexander, Esq.
   Nevada Bar No. 6718
2  Cassie R. Stratford, Esq.
   Nevada Bar No. 11288
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway
4  Suite 1100
   Las Vegas, NV 89169
5  Telephone (702) 784-5200
   Facsimile (702) 784-5252
6  calexander@swlaw.com

7  *Attorneys for Wells Fargo Bank, N.A.*

8              IN THE UNITED STATES DISTRICT COURT

9                      DISTRICT OF NEVADA

10

11 BELFOR USA GROUP, INC., a Colorado          Case No. 2:10-cv-01220-PMP-GWF
   Corporation,
12
                Plaintiff,
13
   vs.                                         **STIPULATION AND ORDER FOR
14                                              EXTENSION OF TIME TO COMPLETE
   WELLS FARGO BANK, N.A., a Delaware          DISCOVERY**
15 corporation; and TERESINA MAHONEY,
   an individual,                               **(FIRST REQUEST)**
16
                Defendants.
17

18       Pursuant to LR 26-4, the parties submit the following Stipulation and Order for Extension

19 of Time to Complete Discovery. The parties request that all outstanding discovery deadlines in

20 this matter be extended pursuant to the following schedule.

21       **A.    Discovery Completed**

22       The parties have exchanged initial disclosures. Further, Wells Fargo has propounded

23 Requests for Production of Documents and Interrogatories upon Belfor and Belfor has

24 propounded Requests for Production of Documents and Interrogatories upon Wells Fargo.

25       **B.    Discovery Remaining**

26       Wells Fargo's responses to Interrogatories and Request for Production of Documents are

27 due January 24, 2011. Belfor's responses to Wells Fargo's Requests for Production of

28 Documents and Interrogatories are due January 24, 2011. Further, the parties wish to depose

12465145.1

Defendant Mahoney, and propound written discovery upon Mahoney. In addition, Wells Fargo may wish depose a PMK of Belfor. Belfor may wish to depose a PMK of Wells Fargo, American Family Insurance, subcontractors that worked on the Property and the City of Henderson.

### C. Reasons Why Discovery Not Completed

Plaintiff filed an Amended Complaint on December 3, 2010, which included new causes of action, as permitted by the Court order granting Plaintiff's Motion for Leave to File First Amended Complaint. In addition, Plaintiff encountered difficulty serving Defendant Teresina Mahoney, resulting in a request to serve by publication. To date, Defendant Mahoney has not yet appeared in this matter. The parties desire additional time to conduct discovery as to the claims and allegations contained in the amended complaint and to propound discovery upon Defendant Mahoney.

### D. Proposed Schedule for Completion of Discovery

|  | Old Deadline | New Deadline |
| --- | --- | --- |
| Close of Discovery | 2/25/2011 | 5/26/2011 |
| Disclosure of Experts and Reports | 12/27/2010 | 3/28/2011 |
| Disclosure of Rebuttal Experts and Reports | 01/26/2011 | 4/26/2011 |
| Dispositive Motions | 3/30/2011 | 6/24/2011 |
| Pre-Trial Order | 4/27/2011 | 7/25/2011 |

WHEREFORE, the parties respectfully request that the Court extend the discovery deadlines as outlined above.

Dated this 25th day of January, 2011            Dated this ____ day of January, 2011

JAFFE, RAITT, HEUER & WEISS                    SNELL & WILMER L.L.P.

By: /s/ Eric A. Linden                          By: _____
    Eric A. Linden, Esq.                            Cynthia L. Alexander, Esq.
    Jaffe, Raitt, Heuer & Weiss                     Cassie R. Stratford, Esq.
    27777 Franklin Rd Ste 2500                      SNELL & WILMER L.L.P.
    Southfield, MI 48034                            3883 Howard Hughes Parkway, Ste 1100
    248-351-3000                                    Las Vegas, NV 89169
    Attorney for Plaintiffs                         Attorneys for Defendant Wells Fargo
    PRO HAC VICE                                    Bank, N.A.

## ORDER

IT IS SO ORDERED that the following new deadlines apply:

| | |
|---|---|
| Close of Discovery | 5/26/2011 |
| Disclosure of Experts and Reports | 3/28/2011 |
| Disclosure of Rebuttal Experts and Reports | 4/26/2011 |
| Dispositive Motions | 6/24/2011 |
| Pre-Trial Order | 7/25/2011 |

DATED this  26th  day of  January  2011.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge

Submitted by:

SNELL & WILMER L.L.P.

By: _/s/_
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Cassie R. Stratford, Esq.
Nevada Bar No. 11288
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
*Attorneys for Defendant Wells Fargo Bank, N.A.*