UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| BELFOR USA GROUP, INC., | ) | |
| Plaintiff, | ) | Case No. 2:10-cv-01220-PMP-GWF |
| vs. | ) | **ORDER** |
| WELLS FARGO BANK, *et al.*, | ) | Motion for Extension (#64) |
| Defendants. | ) | |

This matter is before the Court on Defendant Teresina Mahoney's April 25, 2011 letter (#64) requesting that the Court grant her additional time to object to Plaintiff Belfor USA Group's subpoena and respond to Defendant Wells Fargo's Motion for Protective Order (#46).

Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause shown. Defendant states that she has never been served with a subpoena, summons or complaint by Plaintiff and that she only learned of the outstanding subpoena through communication with counsel for Wells Fargo. (#64) As a result, Defendant requests additional time to oppose Plaintiff's subpoena of her records and to obtain counsel. (*Id.*) The Court finds Defendant has shown good cause for an extension. Accordingly,

. . .

. . .

. . .

. . .

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that Defendant Teresina Mahoney's Request for Extension (#64) is **granted**. Ms. Mahoney will have until **May 11, 2011** to file a motion for protective order objecting to Plaintiff's subpoena of her records and/or to respond to Defendant Wells Fargo's Motion for Protective Order (#46)

DATED this 27th day of April, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge