# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BELFOR USA GROUP, INC.,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Plaintiff,　　　　　　　) Case No. 2:10-cv-01220-PMP-GWF
　　　　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　　　) **ORDER**
　　　　　　　　　　　　　　　　　　　　　)
WELLS FARGO BANK, *et al.*,　　　　　　　) Motion for Protective Order (#46)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Defendants.　　　　　　　)
_____)

This matter is before the Court on Defendant Wells Fargo Bank, N.A.'s Motion for Protective Order (#46), filed March 14, 2011; Plaintiff Belfour USA Group, Inc.'s Response to Defendant Wells Fargo Bank, N.A.'s Motion for Protective Order (#48), filed March 22, 2011; Defendant Wells Fargo, N.A.'s Supplement to Motion for Protective Order (#52), filed April 1, 2011; Defendant Teresina Mahoney's Response to Plaintiff's Motion to Compel and Release of Protective Order for Financial Records (#66), filed May 11, 2011; and Plaintiff Belfour USA Group, Inc.'s Supplemental Brief in Reply to Defendant Teresina Mahoney's Response to Motion for Protective Order (#72), filed May 19, 2011.

The Court conducted a hearing on this matter on May 27, 2011. Upon review and consideration,

**IT IS HEREBY ORDERED** that Defendant Wells Fargo Bank, N.A.'s Motion for Protective Order (#46) is **denied in part** and **granted in part**, as follows:

1. The Court **denies** Defendant's Motion for Protective Order (#46) to the extent that it seeks to preclude Plaintiff from discovering Defendant Teresina Mahoney's Wells Fargo bank records. Ms. Mahoney's Wells Fargo bank records are to be produced to Plaintiff's counsel as discussed at the May 27, 2011 hearing.

2. The records are not to be disclosed to any non-party third persons and shall not be available to the general public or filed in Court proceedings without reasonable protection. To the extent that the records are relevant to future motions or filings, the parties may attach the relevant portions of the bank records as an exhibit, but should file the records under seal.

3. If the bank records are relevant for an expert witness to review in issuing an expert opinion, the parties may disclose the bank records to the expert with instructions that the records not be disclosed to other non-parties.

DATED this 27th of May, 2011.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**