**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BELFOR USA GROUP, INC., )
)
                Plaintiff, )   Case No. 2:10-cv-01220-PMP-GWF
)
vs. )   **ORDER**
)
WELLS FARGO BANK, *et al.*, )
)
                Defendants. )
_____ )

This matter is before the Court on Plaintiff's Motion for Modification of Scheduling Order (#84), filed June 30, 2011. The Court conducted a hearing on this matter on August 3, 2011. After considering the papers submitted by the parties, as well as oral argument by counsel, the matter having been submitted following argument for decision, and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion for Modification of Scheduling Order (#84) is **granted**. The Court will grant 120 additional days of discovery measured from June 30, 2011. The following discovery plan and scheduling order dates shall apply:

    1.    Last date to complete discovery: **October 27, 2011**

    2.    Last date to file interim status report: **August 29, 2011**

    3.    Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **August 29, 2011**

    4.    Last date to disclose rebuttal experts: **September 28, 2011**

    5.    Last date to file dispositive motions: **November 28, 2011**

. . .

. . .

. . .

7. Last date to file joint pretrial order: **December 28, 2011**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

DATED this 3rd day of August, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge