UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BELFOR USA GROUP, INC., ) | 2:10-CV-01220-PMP-LRL |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| WELLS FARGO BANK, N.A., a Delaware corporation, and TERESINA MAHONEY, an individual, ) | |
| Defendants. ) | |

Defendant Teresina Mahoney having failed to file a Response to Plaintiff Belfor USA Group Inc.'s Motion for Partial Summary Judgment Against Teresina Mahoney (Doc. #92) filed August 22, 2011, and good cause appearing,

**IT IS ORDERED that** Belfor USA Group Inc.'s Motion for Partial Summary Judgment Against Teresina Mahoney (Doc. #92) is **GRANTED**.

DATED: September 22, 2011.

_____
PHILIP M. PRO
United States District Judge