UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

BELFOR USA GROUP, INC.,  )
a Colorado corporation,  )
                         )
            Plaintiff,   )
                         )   Case No. 10-cv-01220-PMP-LRL
v.                       )
                         )
WELLS FARGO BANK, N.A.,  )
a Delaware corporation, and TERESINA )
MAHONEY, an individual   )
                         )
            Defendants.  )
                         )

## ORDER GRANTING BELFOR USA GROUP, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

This matter having come before the Court on Plaintiff's Motion for Partial Summary Judgment against Defendant Teresina Mahoney, the Court having entered an order on September 22, 2011 granting Belfor's Motion and the Court, being otherwise fully advised of the circumstances:

NOW, THEREFORE, IT IS HEREBY ORDERED that Belfor USA Group, Inc. shall be, and hereby is, permitted to endorse check # 00-86011964 (the Check"), dated 05/21/2010 for $20,754.69 (or any replacement check issued by the insurance carrier) on behalf of Teresina Mahoney so the Check may be deposited into Belfor's account.

IT IS FURTHER ORDERED that, as an alternative to the foregoing, Defendant Mahoney shall be, and hereby is, directed to endorse the Check (or any replacement check issued by the insurance carrier) and return the endorsed Check to Belfor for deposit.

IT IS SO ORDERED.

_____
United States District Court Judge

Dated: September 26, 2011.