UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BELFOR USA GROUP, INC., a Colorado corporation,<br><br>                            Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a Delaware corporation, and TERESINA MAHONEY, an individual<br><br>                            Defendants. | Case No. 10-cv-01220-PMP-LRL |

### ORDER MODIFYING SCHEDULING ORDER

This matter having come before the Court on Plaintiff's Motion for Modification of Scheduling Order. The Court, being fully advised of the circumstances, HEREBY ORDERS the following:

1)    Plaintiff's Motion is GRANTED; and

2)    The current scheduling order is modified as follows:

| | |
|---|---|
| Discovery due by: | 12/26/2011 |
| Motions due by: | 01/23/2011 |
| Proposed Joint Pretrial Order due by : | 02/27/2011 |

IT IS SO ORDERED.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge

Dated: October 4, 2011