UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BELFOR USA GROUP, INC., a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a Delaware corporation, and TERESINA MAHONEY, an individual<br><br>Defendants. | Case No. 10-cv-01220-PMP-LRL |

## ORDER GRANTING PLAINTIFF BELFOR USA GROUP, INC.'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT TERESINA MAHONEY

This matter having come before the Court on Plaintiff Belfor USA Group, Inc.'s Motion for Entry of Default Judgment against Defendant Teresina Mahoney, the Court having entered an order on November 1, 2011 granting Belfor's Motion and the Court, being otherwise fully advised of the circumstances:

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. Judgment shall be and is hereby entered in favor of Belfor USA Group, Inc. and against Teresina Mahoney in the amount $83,718.23, plus pre-judgment interest in the amount of $5,515.08, and post judgment interest at the rate specified by law from the date of the entry of this Judgment until the amount of this Judgment is fully paid, satisfied and discharged.

2.       Defendant Teresina Mahoney's Counterclaim against Belfor shall be, and hereby is, dismissed with prejudice.

3.       The Court, finding no just reason for delay, makes this a final Judgment against Teresina Mahoney pursuant to Federal Rule of Civil Procedure 54(b).

IT IS SO ORDERED.

_____
United States District Court Judge

Dated: November 4, 2011

Eric A. Linden, Esq.
Michigan Bar No. 33249
*Admitted Pro Hac Vice*
**Jaffe, Raitt, Heuer & Weiss, P.C.**
27777 Franklin Road
Suite 2500
Southfield, MI 48034
Telephone: (248) 351-3000
Facsimile: (248) 351-3082
e-mail: elinden@jaffelaw.com

Robert A. Nersesian
Nevada Bar No. 2762
**Nersesian & Sankiewicz**
528 South Eighth Street
Las Vegas, NV 89101
Telephone: (702) 385-5454
Facsimile: (702) 385-7667
e-mail: VegasLegal@aol.com

*Attorneys for Plaintiff Belfor USA Group, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BELFOR USA GROUP, INC., a Colorado corporation,<br><br>  Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a Delaware corporation, and TERESINA MAHONEY, an individual<br><br>  Defendants. | Case No. 10-cv-01220-PMP-LRL |

## **CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true

2136384.1

and correct copy of the foregoing: **amended proposed Order Granting Plaintiff Belfor USA Group, Inc.'s Motion for Entry of Default Judgment Against Defendant Teresina Mahoney** and this **Certificate of Service** upon all counsel of record using the ECF system; and I hereby certify that I have mailed the foregoing by First-Class Mail, United States Postal Service, to the following non-ECF participant:

Teresina Mahoney
10624 S. Eastern Avenue, Apt. A819
Henderson, NV 89052

Dated: November 4, 2011

                                              /s/ Michelle Geiersbach
                                              Michelle Geiersbach
                                              Employee of Jaffe, Raitt, Heuer & Weiss, P.C.

2136384.1